AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Nelson Estrada | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04409-ER |
| TaskUs, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nelson Estrada

Date: 8/11/25

*Attorney's signature*

Casey Olbrantz (5611082)
*Printed name and bar number*

Greenbaum Olbrantz LLP
244 Fifth Avenue, Suite C221,
New York, NY 10001
*Address*

casey@greenbaumolbrantz.com
*E-mail address*

646-818-0913
*Telephone number*

(949) 760-1300
*FAX number*