AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| NELSON ESTRADA, individually and on behalf of all others similarly situated, *Plaintiff* v. TASKUS, INC. *Defendant* | Case No. 1:25-cv-04409-ER |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant TaskUs, Inc.                                                                                                 .

Date:   09/02/2025

/s/ Maveric Ray Searle
*Attorney's signature*

Maveric Ray Searle (IL Bar No. 6336731)
*Printed name and bar number*

Shook, Hardy & Bacon L.L.P.
111 S. Wacker Dr., Ste 4700
Chicago, IL 60606
*Address*

msearle@shb.com
*E-mail address*

(312) 704-7700
*Telephone number*

(312) 558-1195
*FAX number*