# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELSON ESTRADA, ALLEN JOO, TIBA PARSA, TIM REYNOLDS, and CRAIG BURSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASKUS, INC. and DOES 1-10,<br><br>Defendants. | Case No. 1:25-cv-04409-ER<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that defendant TaskUs, Inc., upon the accompanying memorandum of law dated October 30, 2025, will and does hereby move this Court, before the Honorable Judge Edgardo Ramos at the Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, NY 10007, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 26(c) granting TaskUs's motion to stay discovery until it decides whether any claims against TaskUs will move forward and, if so, whether they will proceed in this individual action or the MDL, and granting such other and further relief as the Court may deem just and proper.

Dated: October 30, 2025

Respectfully submitted,

/s/ *Michael Rayfield*

Michael Rayfield
SHOOK, HARDY & BACON LLP
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Telephone: (212) 989-8844
Facsimile: (929) 501-5455
mrayfield@shb.com

Matthew C. Wolfe *(pro hac vice)*
Maveric Ray Searle *(pro hac vice)*
Andrew L. Franklin *(pro hac vice)*
SHOOK, HARDY & BACON LLP
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195
mwolfe@shb.com
msearle@shb.com
afranklin@shb.com
