December 5, 2025
**MEMO ENDORSED**


Honorable Edgardo Ramos
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Michael Rayfield

1 Rockefeller Plaza
Suite 2801
New York, NY 10020
**t** 212-989-8844
**d** 212.779.6110
**f** 929-501-5455
mrayfield@shb.com

Re: *Nelson Estrada, et al. v. TaskUs, Inc.*, No. 1:25-cv-04409

Dear Judge Ramos:

    I represent TaskUs, Inc. in the above-captioned matter. TaskUs requests an 18-day extension of time—until Monday, December 29, 2025—to file its reply in support of its motion to dismiss the plaintiffs' amended complaint. The reply is currently due on December 11. I contacted plaintiffs' counsel about this extension request, and he told me that plaintiffs do not object to the December 29 deadline for the reply.

    This is TaskUs's first request for an extension of time on the reply deadline. TaskUs did not move for an extension of time on the deadline to move to dismiss the amended complaint. TaskUs previously requested an unopposed extension of time to respond to plaintiff's original complaint; that extension was granted.

    This extension would promote judicial economy and efficiency because the parties are awaiting the Court's decision on whether this matter will be consolidated with the Coinbase MDL. The extension is also warranted because of my other professional obligations. Among other things, I am working on a set of pretrial motions *in limine* in *Rodrigues v. Philip Morris USA Inc.*, No. 2384-cv-01680 (Mass Supp. Ct.), which are due on December 11, 2025. I am working on a Ninth Circuit opening brief in *Aberin v. American Honda Motor Co.*, No. 25-03687 (9th Cir.), which is due on December 10, 2025. And I am drafting a brief in opposition to a Supreme Court petition for writ of certiorari in a death penalty case, *Sockwell v. Hamm*, No. 25-558 (U.S.), due on January 7, 2025.

    We appreciate the Court's attention to this matter.

Best,

/s/ Michael Rayfield

Michael Rayfield

The application is __x__ granted
                      ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: December 5, 2025
New York, New York